IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cr-30174-DRH |
| ) | |
| JAMES P. SMITH, ) | |
| ) | |
| Defendant. ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

This matter is before the Court *sua sponte*. On December 1, 2009, the Court released Defendant James P. Smith on an unsecured bond. At the time of release, the Court imposed certain conditions upon defendant.

The Court now **MODIFIES** those conditions of release, adding the following:

1. The Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.

**IT IS SO ORDERED.**

**DATED: January 8, 2010**

                                                                                      s/ *Donald G. Wilkerson*
                                                                                      **DONALD G. WILKERSON**
                                                                                      **United States Magistrate Judge**